**INDEX TO PLAINTIFFS' EMERGENCY MOTION TO STAY, AND EXTEND DEADLINES TO (I) RESPOND TO MOTION TO DISMISS LITIGATION, (II) OBJECT TO REMOVAL; AND (III) TO ALLOW SEPARATE BRIEFING TO CHALLENGE JURISDICTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

**TAB**

Defendants' Answer to Plaintiff's Motion for Contempt and Cross-Motion to Strike "Confidential" Designation……………………………….A

Court of Chancery April 6, 2022 letter to counsel………………………………….B

Elliott Greenleaf April 7, 2022 letter to Master Patricia W. Griffin………………..C

Plaintiff Elliott Greenleaf, P.C.'s Motion for Contempt of Court Order…………………………………………………………………………...D

4878-5699-5613.1