# EXHIBIT D

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

ELLIOTT GREENLEAF, P.C.         :
                                :
            VS.                 :  NO.  2021-01427
                                :
RAFAEL X. ZAHRALDDIN-ARAVENA, ET AL.  :

## COVER SHEET OF MOVING PARTY

Date of Filing __March 31, 2022__   Moving Party __Plaintiff Elliott Greenleaf, P.C.__

Counsel for Moving Party __Mark J. Schwemler__   I.D. No. __PA 44544__

Document Filed (Specify) __Plaintiff Elliott Greenleaf, P.C.'s Motion for Contempt of Court Order__

Matter is (Check One)   _____ (Appealable)   __X__ (Interlocutory)

Discovery Needed: _____ ( Yes )   ____X____ ( No )
If applicable, Civil Case Management Order Discovery Deadline: _____

--------------------------------------------------------------------------------

**CERTIFICATIONS** - Check **ONLY** if appropriate:

_____ Counsel certify that they have conferred in a good faith effort to resolve the subject discovery dispute. **(Required by Local Rule 208.2(e) on motions relating to discovery.)**

_____ Counsel for moving party certifies that the subject **civil motion** is **uncontested** by all parties involved in the case.  (If checked, skip Rule to Show Cause section below.)

                    By: _____
                           Counsel for Moving Party

--------------------------------------------------------------------------------

**RULE TO SHOW CAUSE** - Check **ONE** of the Choices Listed Below:

__X__ Respondent is directed to show cause, why the moving party is not entitled to the relief requested by filing an answer in the Form of a **written response** at the **Office of the Prothonotary** on or before the __7th__ day of __April__ 20__22__

_____ Respondent is Directed to Show Cause, in the Form of a Written Response, Why the Attached Family Court Discovery Motion is not entitled to the relief requested. Rule Returnable and Argument the _____ day of _____, 20___ at **1:00 p.m. at 321 Swede Street, Norristown PA**

_____ Respondent is Directed to File a **written response** in Conformity with the Pennsylvania Rules of Civil Procedure.

_____ Rule Returnable at time of trial.
                    By: _____
                           Court Administrator

07/26/04

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| ELLIOTT GREENLEAF PC | |
| vs. | NO. 2021-01427 |
| RAFAEL X ZAHRALDDIN-ARAVENA | |

## COVER SHEET OF MOVING PARTY

Date of Filing <u>March 31  2022</u>

Moving Party <u>ELLIOTT GREENLEAF PC</u>

Counsel for Moving Party  <u>MARK J SCHWEMLER, Esq., ID: 44544</u>

Document Filed (Specify)  <u>MOTION FOR CONTEMPT OF COURT ORDER</u>

Matter is: _ (Appealable)                                            | X (Interlocutory)

Discovery Needed: __ (Yes)                                        | __ (No)

If applicable, Civil Case Management Order Discovery Deadline: _____

---

**CERTIFICATIONS** - Check **ONLY** if appropriate:
_ Counsel certify that they have **conferred** in a good faith effort to resolve the subject
       <u>discovery</u> dispute. **(Required by Local Rule 208.2(e) on motions relating to discovery.)**

_ Counsel for moving party certifies that the subject **civil motion** is **uncontested** by all
       parties involved in the case.  (If checked, skip Rule to Show Cause section below.)

By: _____
Counsel for Moving Party

---

**RULE TO SHOW CAUSE** - Check **ONE** of the Choices Listed Below:

_____  Respondent is **directed** to show **cause** why the moving party is not entitled to the relief
           requested by filing an **answer** in the form of a **written response** at the **Office of the  Prothonotary** on or
           before the                  day of                                  20___.

_____  Respondent is directed to show cause, in the form of a **written response**, why the
           attached Family Court Discovery Motion is not entitled to the relief requested.  Rule   Returnable and
           Argument the                 day of                               , 20___
           at **1:00 p.m.**  at **321 Swede Street, Norristown, PA**.

_____  Respondent is directed to file a **written response** in conformity with the Pennsylvania
           Rules of Civil Procedure.

_____  Rule Returnable at time of trial.

By: _____
Court Administrator

Revised 06.19

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

ELLIOTT GREENLEAF, P.C.
BY:    Mark J. Schwemler (PA 44544)
       Frederick P. Santarelli (PA 53901)
       Colin J. O'Boyle (PA 206742)
       Kyle M. Elliott (PA 306836)
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (Phone)              *Attorneys for Plaintiff*
215-977-1099 (Fax)

| | |
|---|---|
| **ELLIOTT GREENLEAF, P.C.** : | IN THE COURT OF COMMON PLEAS |
| : | OF MONTGOMERY COUNTY, |
| Plaintiff, : | PENNSYLVANIA |
| v. : | |
| : | |
| **RAFAEL X. ZAHRALDDIN-ARAVENA,** : | Civil Action No. 2021-01427 |
| **SHELLEY A. KINSELLA,** : | |
| **ERIC M. SUTTY,** : | |
| **JONATHAN M. STEMERMAN, AND** : | |
| **MARYANN MILLIS** : | |
| Defendants. : | |

## PLAINTIFF ELLIOTT GREENLEAF, P.C.'S MOTION
## FOR CONTEMPT OF COURT ORDER

Plaintiff, Elliott Greenleaf, P.C. ("Plaintiff", "EG" or the "Firm"), respectfully moves this Court to rule and hold in contempt Defendant Rafael X. Zahralddin-Aravena, Defendant Shelley A. Kinsella and Francis G.X. Pileggi of this Court's Order dated August 10, 2021, based on their knowing and intentional violation of said Order, by (i) using materials and information in violation of the Order's prohibitions against use of such materials and information, except for use in this litigation and pursuant to the procedures prescribed in the Order; and (ii) otherwise disclosing the information and materials in violation of the Order. In support thereof, Plaintiff avers the following:

1.      On February 23, 2022, this Court ruled there is sufficient evidence of Defendants' misconduct and breaches of duties, when it determined, after reviewing five depositions and documents produced in discovery to date, that "EG has provided evidence leading to the reasonable

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

inference that the **_Defendants lied to EG_** about their intention to join another firm, **_shared confidential information_** prior to their announced resignation with the legal recruiter and/or Armstrong Teasdale, and **_accessed EG software and intelligence_** with the purpose of sharing the same with their potential employer." ). *See* Dkt. 72, February 23, 2022 Memorandum to Order, fn.7 (emphasis added).

2. Since the outset of this litigation, Defendants have frivolously attempted to obstruct this case and evade this Court's jurisdiction, rules, and procedures, with attempts to litigate this action in Delaware instead of Pennsylvania and this Court, where the case has been pending for over a year.

3. Following Judge Haaz's aforementioned ruling, which rejected Defendants' meritless Preliminary Objections based on a careful review of the depositions of Defendants and documents produced so far in discovery, Defendants tried another desperate tactic of having their counsel withdraw from representing them, and using that to disingenuously request a stay of this case under the guise of needing to seek new counsel who needed time be brought up to speed on the litigation.[1]

4. To date, Defendants remain without counsel *in this case*. No new counsel has entered an appearance on behalf of Defendants.

5. After securing the stay from this Court of this case under the guise of not being able to retain new counsel, and any new counsel allegedly needing 60 days to "get up to speed",

---

[1] On March 11, 2022, the Honorable Judge Gary S. Silow granted Defendants' counsel's motion and Defendants' request for a stay of proceedings "to facilitate and allow for the transition of representation of defendants to new counsel and for new counsel to enter an appearance of record on behalf of defendants." (Dkt. 75, March 11, 2022 Order re Emergency Petition to Withdraw as Counsel for Defendants and for Stay of Proceedings to Facilitate Transition to Substitute Counsel).

2

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Defendants used that stay not to hire new counsel in this case, *but to hire counsel to file a wholly new and different case in the State of Delaware against EG*. Defendants are playing games with this Court, in their ongoing plan to obstruct this Court's proceeding.

6. Defendants and their new counsel (in Delaware) have now crossed the line even further, committing a blatant contempt of this Court's August 10, 2021 Order imposing confidentiality and use restrictions of discovery materials produced in this case. In filing their new Delaware state court action, Defendants attached to their Delaware state court complaint confidential documents which they obtained in this case pursuant to the Court's Order, which explicitly and in unmistakable terms prohibit their use and disclosure except solely for purposes of this litigation in this Court.

7. ***The documents are conspicuously marked in all capital letters as "CONFIDENTIAL" They are bates numbered as having been produced in this litigation and subject to this Court's August 10, 2021 Order.***

8. In direct contempt of this Court's August 10, 2021 Order, Defendants and their counsel, Mr. Pileggi, used these documents not for this litigation, but to evade this litigation and file a new and different litigation in another state. Defendants and Mr. Pileggi attached these conspicuously marked "CONFIDENTIAL" documents to their publicly-filed Delaware state court complaint. They also also quote from the documents in the body of their Delaware state court complaint.

9. Given this knowing and intentional blatant violation of this Court's Order, it is likely that other confidential documents have been disclosed to and used by, or about to be used by, Mr. Pileggi in violation of the Court's Order. The violations of this Court's Order by Mr.

3

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Pileggi and the Defendants is likely ongoing, and threatens to continue unless enjoined by this Court exercising its powers of contempt and enforcement of its Orders.

10. Defendants and Mr. Pileggi's knowing and intentional violations of this Court's Order constitutes contempt of this Court's August 10, 2022 Order, and should be promptly sanctioned and the Order enforced, by entering the proposed Order accompanying this Motion, and entry of such other and further relief as the Court deems just and proper.

11. Mr. Pileggi is a licensed Pennsylvania attorney who maintains offices in Pennsylvania, as well as in Delaware. He is subject to the jurisdiction of Pennsylvania Courts, as well as being subject to compliance with the Pennsylvania Rules of Professional Conduct.

12. Plaintiff has been required to incur attorneys fees and costs in preparing and in further prosecuting this motion.

13. Plaintiff is entitled to be awarded a monetary sum sufficient to represent the attorneys' fees and costs in filing this motion, and in further prosecuting this motion to enforce the Court's Order.

14. Defendants and Mr. Pileggi should be sanctioned for their violations of the Court's Order, as a means to enforce the Order, compel compliance with the Order, and deter future violations of the Order.

WHEREFORE, Plaintiff moves this Court to find and rule that Defendants Rafael X. Zahralddin-Aravena and Defendant Shelley A. Kinsella, and Mr. Francis Pileggi, are in contempt of this Court's Order dated August 10, 2021; enter the other relief set forth in the accompanying proposed Order; and grant such other and further relief in favor of Plaintiff and against Defendants and Mr. Pileggi as the Court deems just and warranted.

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

|  |  |
|---|---|
| OF COUNSEL:<br>ELLIOTT GREENLEAF, P.C. | Respectfully Submitted:<br><br>/s/ *Mark J. Schwemler*<br>MARK J. SCHWEMLER<br>FREDERICK P. SANTARELLI<br>COLIN J. O'BOYLE<br>KYLE M. ELLIOTT<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422<br>215-977-1000 |
| Dated: March 31, 2022 | *Counsel for Plaintiff*<br>*Elliott Greenleaf, P.C.* |

5

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

ELLIOTT GREENLEAF, P.C.
BY:   Mark J. Schwemler, Esq. (PA 44544)
      Frederick P. Santarelli (PA 53901)
      Colin J. O'Boyle, Esq. (PA 206742)
      Kyle M. Elliott, Esq. (PA 306836)
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (Phone)                          *Attorneys for Plaintiff*
215-977-1099 (Fax)

| | |
|---|---|
| ELLIOTT GREENLEAF, P.C. <br> 925 Harvest Drive, Suite 300 <br> Blue Bell, PA 19422 <br>   <br>               **Plaintiff,** <br> v. <br>   <br> RAFAEL X. ZAHRALDDIN-ARAVENA, <br> SHELLEY A. KINSELLA, <br> ERIC M. SUTTY, <br> JONATHAN M. STEMERMAN, AND <br> MARYANN MILLIS <br>               **Defendants.** | IN THE COURT OF COMMON PLEAS <br> OF MONTGOMERY COUNTY, <br> PENNSYLVANIA <br>   <br> Civil Action No. 2021-01427 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of *Plaintiff Elliott Greenleaf, P.C.'s Emergency Motion to Lift Stay and for Contempt of Court Order* was filed and caused to be served through the Court's electronic filing system upon all counsel of record.

                                                                         */s/ Mark J. Schwemler*
                                                                         MARK J. SCHWEMLER

Dated: March 31, 2022                                           *Counsel for Plaintiff*
                                                                          *Elliott Greenleaf, P.C.*

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

|  |  |
|---|---|
| ELLIOTT GREENLEAF, P.C. | : IN THE COURT OF COMMON PLEAS |
|  | : OF MONTGOMERY COUNTY, |
| **Plaintiff,** | : PENNSYLVANIA |
| v. | : |
|  | : |
| RAFAEL X. ZAHRALDDIN-ARAVENA, | : Civil Action No. 2021-01427 |
| SHELLEY A. KINSELLA, | : |
| ERIC M. SUTTY, | : |
| JONATHAN M. STEMERMAN, AND | : |
| MARYANN MILLIS | : |
| **Defendants.** | : |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of *Plaintiff Elliott Greenleaf, P.C.'s Motion for Contempt of Court Order*, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that:

1. The Court hereby finds and rules that Francis G.X. Pileggi, Defendant Rafael X. Zahralddin-Aravena, and Defendant Shelley A. Kinsella are in contempt of this Court's Order dated August 10, 2021, based on their knowing and intentional violation of said Order, by (i) using materials and information in violation of the Order's prohibitions against use of such materials and information except for use in this litigation and pursuant to the procedures prescribed in the Order; and (ii) otherwise disclosing the information and materials in violation of the Order;

2. Francis G.X. Pileggi shall file under seal in this Court, within five (5) days, an accounting identifying and listing each and every document (including by bates number, if such document contains a bates number) that he received from Defendants or any of their current or former representatives and which are subject to the Order and/or are marked "CONFIDENTIAL" pursuant to said Order, and deliver said documents to this Court in chambers in a sealed envelope marked "CONFIDENTIAL";

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

3.  Until further Order of this Court, Francis G.X. Pileggi, Defendant Rafael X. Zahralddin-Aravena, and Defendant Shelley A. Kinsella are enjoined from publicly disclosing and/or using any documents subject to the Order in any other legal proceeding or for any purpose other than this litigation in accordance with the Order;

4.  Francis G.X. Pileggi, Defendant Rafael X. Zahralddin-Aravena and Defendant Shelley A. Kinsella shall pay as a sanction for their contempt, and are jointly and severally liable to pay, the amount of $10,000 which represents reasonable attorney's fees and costs in filing and prosecuting the motion for contempt; and

It is further **ORDERED** that any additional violations of the Order, or this Order, will subject Defendants and Mr. Pileggi to further sanctions.

BY THE COURT:

_____, J.

Case# 2021-01427-78 Docketed at Montgomery County Prothonotary on 03/31/2022 2:16 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

|  |  |
|---|---|
| ELLIOTT GREENLEAF, P.C.<br><br>        Plaintiff,<br>v.<br><br>RAFAEL X. ZAHRALDDIN-ARAVENA,<br>SHELLEY A. KINSELLA,<br>ERIC M. SUTTY,<br>JONATHAN M. STEMERMAN, AND<br>MARYANN MILLIS<br>        Defendants. | :  IN THE COURT OF COMMON PLEAS<br>:  OF MONTGOMERY COUNTY,<br>:  PENNSYLVANIA<br>:<br>:<br>:  Civil Action No. 2021-01427<br>:<br>:<br>:<br>:<br>:<br>: |

## RULE TO SHOW CAUSE ORDER

  **AND NOW**, this _____ day of _____, 2022, upon consideration of *Plaintiff Elliott Greenleaf, P.C.'s Motion for Contempt of Court Order*, it is hereby **ORDERED** that:

  1. A Rule is issued upon the Respondents, i.e., Defendant Rafael X. Zahralddin-Aravena, Defendant Shelley A. Kinsella, and Francis G.X. Pileggi, to show cause why the movant is not entitled to the relief requested;

  2. Plaintiff shall serve a copy of this Order upon non-party Francis G.X. Pileggi, and file a return of service with this Court;

  3. Defendant Rafael X. Zahralddin-Aravena, Defendant Shelley A. Kinsella, and Francis G.X. Pileggi shall file an answer to the Motion within five (5) days; and

  4. A hearing or argument shall be scheduled at the discretion of the Assigned Judge.

                   BY THE COURT:


                   _____
                                 , J.