# INDEX FOR PLAINTIFFS' MOTION TO REMAND TO DELAWARE COURT OF CHANCERY, AND FOR FEES UNDER 28 U.S.C. § 1447(c)

Correspondence to Elliott Greenleaf, P.C. regarding demand
for advancement dated January 11, 2022……………………………………………………..A

Correspondence to Elliott Greenleaf, P.C. regarding follow
up demand for advancement dated March 25, 2022………………………………..B

Correspondence to Francis G. X. Pileggi, Esquire regarding
demand refusal by Elliott Greenleaf, P.C. dated March 28, 2022…………………..C