# EXHIBIT C

# Elliott Greenleaf
A Professional Corporation

925 Harvest Drive - Suite 300
Blue Bell, Pennsylvania 19422
Phone: (215) 977-1000 • Fax: (215) 977-1099
www.elliottgreenleaf.com

Mark J. Schwemler, Esq
Email: mjs@elliottgreenleaf.com
Direct Dial: 215-977-1051

March 28, 2022

**Via Email**

Francis G.X. Pileggi, Esquire
LEWIS BRISBOIS BISGAARD & SMITH, LLP
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Email: francis.pileggi@lewisbrisbois.com

    Re:    **Rafael X. Zahralddin and Shelly A. Kinsella - Demand**

Dear Counsel:

This letter responds to your correspondence dated Friday, March 25, 2022, which demanded a response by today, Monday, March 28, 2022. I note you sent your letter, seeking a near immediate response, shortly after the Court entered a sixty (60) day stay of the "Action". The Court entered the stay at the request of your clients' former attorneys, whose fees you demand to be paid, based upon an "irreconcilable conflict that has arisen" and the need for your clients to find new counsel.

You claim, in your letter, I failed to respond to a "Demand Letter" from your clients dated January 11, 2022. The "Demand Letter", however, conspicuously did <u>not</u> request any response.

The above notwithstanding, Elliott Greenleaf, P.C. (the "Firm") does not agree to your clients' demand to advance fees in the Action brought by the Firm against them and other former employees. Contrary to your clients' suggestion, the Firm's Bylaws do not require the Firm to advance or reimburse fees or costs to your clients under the circumstances of the case, and, in any event, Pennsylvania law would not allow this type of indemnification of fees and costs here.

Very truly yours,

Mark J. Schwemler