## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, counsel certifies that the parties have attempted to confer regarding the subject of the foregoing motion; however, despite reasonable effort, the parties have not been able to reach an agreement.