# CERTIFICATE OF COMPLIANCE

I hereby certify that on April 28, 2022, the foregoing Plaintiffs' Motion for Remand Action to Delaware Court of Chancery and for Fees under 28 U.S.C. §1447(c) complies with the word count limitation and type and font limitations set forth in the Standing Order Regarding Briefing in All Cases. The foregoing motion includes 1,821 words.

                                                    **LEWIS BRISBOIS**
                                                            **BISGAARD & SMITH LLP**

                                                 /s/ *Francis G.X. Pileggi*
                                               Francis G.X. Pileggi    (No. 2624)
                                               Cheneise V. Wright    (No. 6597)
                                               500 Delaware Avenue, Suite 700
                                             Wilmington, DE 19801
                                             (302) 985-6000
                                             Francis.Pileggi@LewisBrisbois.com
                                             Cheneise.Wright@LewisBrisbois.com

                                             *Counsel for Plaintiffs Rafael X. Zahralddin and Shelley A. Kinsella*