## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAFAEL X. ZAHRALDDIN And SHELLEY A. KINSELLA, Plaintiff, v. Elliott Greenleaf, P.C., Defendant. | C.A. No. 22-cv-00412-CFC |

## [PROPOSED] ORDER FOR REMAND AND ATTORNEYS FEES AND COSTS UNDER 28 U.S.C. §1447(C)

AND NOW, this _____ day of April 2022, after considering *Plaintiffs' Motion For Remand Action to Delaware Court of Chancery and For Fees Under 28 U.S.C. §1447(C)* ("Plaintiffs' Motion"), and any response thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and fees and costs will be awarded to the Plaintiffs.

_____
Chief Judge Colm F. Connolly