

April 28, 2022

*Via CM/ECF and Hand Delivery*

The Honorable Colm F. Connolly
United States District Court
J. Caleb Boggs Federal Building
844 North King Street, Unit 31, Room 4124
Wilmington, DE 19801

    Re: *Rafael X. Zahralddin, et al. v. Elliott Greenleaf, P.C.*
           D. Del., No. 22-cv-0412- CFC

Dear Chief Judge Connolly:

Enclosed with the hard copy of this letter, please find two courtesy copies of Plaintiffs' Motion for Remand to Delaware Court of Chancery, and for Fees Under 28 U.S.C. §1447(c), Proposed Order and Declaration of Rafael X. Zahralddin which were filed on this date.

                                      Respectfully,

                                      */s/ Cheneise V. Wright*

                                      Cheneise V. Wright (No. 6597)

Enclosures

cc: Francis G.X. Pileggi, Esquire
     Brian E. O'Neill, Esquire  (*via CM/ECF*)

Cheneise V. Wright
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Cheneise.Wright@lewisbrisbois.com
Direct: 302.985.6007

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4886-7463-0686.1