IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAFAEL X. ZAHRALDDIN
and SHELLEY A. KINSELLA

          Plaintiff,

v.

ELLIOTT GREENLEAF, P.C.

          Defendant.

C.A. No. 22-cv-00412-CFC

## [PROPOSED] ORDER GRANTING MOTION TO STAY LITIGATION

AND NOW, this **29th** day of April 2022, after considering *Plaintiffs' Emergency Motion to Stay, and Extend Deadlines to (i) Respond to Motion to Dismiss Litigation, (ii) Object to Removal; and, (iii) to Allow Separate Briefing to Challenge Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(6)* ("Plaintiffs' Motion"), and any response thereto,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** *IN PART*, and this matter is stayed until the resolution of the Motions pending in *Elliott Greenleaf, P.C. v. Rafael X. Zahralddin-Aravena, et al.,* in Montgomery County, Pennsylvania, Civil Action No. 2021-01427, or any other resolution of the issue of confidentiality regarding the corporate bylaws on which the claims in this case are based.

                                                              _____
                                                              Chief Judge Colm F. Connolly