# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Rafael X. Zahralddin<br>and Shelley A. Kinsella, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 22-cv-00412-CFC |
| | ) | |
| Elliott Greenleaf, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of Plaintiffs Rafael X. Zahralddin, and Shelly A. Kinsella's Motion to Remand filed in the above-referenced action, and Defendant Elliott Greenleaf, P.C.'s response in opposition thereto, it is hereby ORDERED that Plaintiffs' Motion is DENIED. This Court retains jurisdiction in the instant matter.

_____
Colm F. Connolly, Chief Judge

39266-v1